UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

J&J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

      - against -

MORLEYS TAVERN INC., *d/b/a* THE DART
INN and JAMES J. MILLER,

                Defendants.

------------------------------------------------------------X

**JUDGMENT**
13-CV-5211 (RRM) (CLP)

A Memorandum and Order of the undersigned having been filed this day, adopting in

part the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, and awarding

damages to J&J Sports Productions, Inc., it is hereby

ORDERED ADJUDGED and DECREED that plaintiff is hereby awarded $8,314.00 in

damages against defendants jointly and severally, comprising $3,897.00 in statutory damages,

$3,897.00 in actual damages, and $520 in costs and disbursements.

                SO ORDERED.

Dated: Brooklyn, New York
       August 15, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge